AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Charles Mauti

V.

John Scuncio et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 0854 S - LDA

TO: (Name and address of Defendant)

Daniel Baruti
555 Carpenter Lane
Saunderstown RI 02874

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Gyorgy
Noel & Gyorgy LLP
50 South Main Street
Providence RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/15/08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 2-21-08 |
|---|---|
| NAME OF SERVER (PRINT) STEPHEN DEPERRY JR. | TITLE CONSTABLE #6094 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: HOPKINTON POLICE DEPARTMENT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-21-08
Date

Stephen DePerry Jr.
Signature of Server

5 HIGH MEADOW DRIVE WESTERLY, RI
Address of Server

STEPHEN DEPERRY JR.
5 HIGH MEADOW DRIVE
WESTERLY, R.I. 02891
STATE OF RHODE ISLAND
COURT CONSTABLE #6094

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.