**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHARLES MAUTI**

**V.** **CA 2008-54S**

**JOHN SCUNCIO, individually and as Chief of Police for the Town of Hopkinton; CHRISTOPHER LYMAN, individually and as a police officer for the Town of Hopkinton; MICHAEL GILMAN, individually and as a police officer for the Town of Hopkinton; DANIEL BARUTI, individually and as a police officer for the Town of Hopkinton; WILLIAM DILIBERO, individually and in his capacity as Town Manager for the Town of Hopkinton; JAMES LATHROP, in his capacity as Finance Director for the Town of Hopkinton; John Does 1 through 10; Jane Does 1 through 10**

## ENTRY OF APPEARANCE

The undersigned, John R. Harrington, Esq. (#7173) hereby enters his appearance for plaintiff Charles Mauti.

Charles Mauti
By his Attorney,

/s/ John R. Harrington
John R. Harrington #7173
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JRHarrington@LawNoel.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 6th of March, 2008, I sent a copy of this document to the following counsel of record by electronic noticing through the Court's ECF system:
Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

/s/ John R. Harrington