UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. No.: 08-54S |
| | : | |
| JOHN SCUNCIO, individually and as Chief of Police for the Town of Hopkinton; CHRISTOPHER LYMAN, individually and as a police officer for the Town of Hopkinton; MICHAEL GILMAN, individually and as a police officer for the Town of Hopkinton; DANIEL BARUTI, individually and as a police officer for the Town of Hopkinton; WILLIAM DILIBERO, individually and in his capacity as Town Manager for the Town of Hopkinton; JAMES LATHROP, in his capacity as Finance Director for the Town of Hopkinton; John Does 1 through 10; Jane Does 1 through 10 | : | |

**ENTRY OF APPEARANCE**

I, Mark T. Reynolds, Esquire, hereby enter my appearance on behalf of the defendants, Christopher Lyman, individually and as a police officer for the Town of Hopkinton; Michael Gilman, individually and as a police officer for the Town of Hopkinton; Daniel Baruti, individually and as a police officer for the Town of Hopkinton and James Lathrop, in his capacity as Finance Director for the Town of Hopkinton.

/s/ Mark T. Reynolds
Mark T. Reynolds, Esquire (#4764)
Reynolds, DeMarco & Boland, Ltd.
146 Westminster Street, Suite 400
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861
mtreynolds@conversent.net

CERTIFICATION

I hereby certify that on this 7th day of March, 2008, I caused to be served a copy of my Entry of Appearance via electronic mail to the following counsel of record:

John Gyorgy, Esquire
JPGyorgy@LawNoel.com

Marc DeSisto, Esquire
Marc@desistolaw.com

John R. Harrington, Esquire
JRHarrington@LawNoel.com

/s/ Mark T. Reynolds