UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. No.: 08-54S |
| | : | |
| JOHN SCUNCIO, individually and as Chief of Police for the Town of Hopkinton; CHRISTOPHER LYMAN, individually and as a police officer for the Town of Hopkinton; MICHAEL GILMAN, individually and as a police officer for the Town of Hopkinton; DANIEL BARUTI, individually and as a police officer for the Town of Hopkinton; WILLIAM DILIBERO, individually and in his capacity as Town Manager for the Town of Hopkinton; JAMES LATHROP, in his capacity as Finance Director for the Town of Hopkinton; John Does 1 through 10; Jane Does 1 through 10 | : | |

**DEFENDANT, DANIEL BARUTI, INDIVIDUALLY AND AS A POLICE OFFICER FOR THE TOWN OF HOPKINTON'S, ANSWER TO PLAINTIFF'S COMPLAINT**

**FIRST DEFENSE**

The defendant, Daniel Baruti, individually and as a police officer for the Town of Hopkinton (hereinafter "Baruti"), neither admits nor denies the "Jurisdictional Statement" of the plaintiff's complaint because it alleges matters of law to which no response is required.

**SECOND DEFENSE**

The defendant, Baruti, admits the allegations of Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9 and 11 of the plaintiff's complaint.

**THIRD DEFENSE**

The defendant, Baruti, is without sufficient information to admit or deny the allegations of Paragraph 10 of the plaintiff's complaint but leaves the plaintiff to his proof thereof.

**FOURTH DEFENSE**

The defendant, Baruti, is without sufficient information to admit or deny the allegations of Paragraphs 12 through 35 and Paragraphs 37 through 51 of the plaintiff's complaint but leaves the plaintiff to his proof thereof.

**FIFTH DEFENSE**

The defendant, Baruti, denies the allegations of Paragraphs 52 and 53 of the plaintiff's complaint.

**SIXTH DEFENSE**

The defendant, Baruti denies the allegations of Paragraphs 36 and 56 of the plaintiff's complaint to the extent they allege any conduct by him. Defendant, Baruti, is without sufficient information to admit or deny the allegations of Paragraphs 36 and 56 to the extent they allege conduct by others.

**SEVENTH DEFENSE**

The defendant, Baruti, is without sufficient information to admit or deny the allegations of Paragraphs 54 and 55 and Paragraphs 57 through 61 of the plaintiff's complaint but leaves the plaintiff to his proof thereof.

**EIGHTH DEFENSE**

The defendant, Baruti, denies the allegations of Paragraphs 62, 63 and 64 of the plaintiff's complaint.

**NINTH DEFENSE**

The defendant, Baruti, admits that sometime during the period from on or about March of 2005 through May 26, 2005 he conducted a computerized check of the plaintiff in connection with his investigation of a complaint regarding the plaintiff and property at 19C Panciera Lane and found no previous record for the plaintiff and that the plaintiff maintained an active Arizona

driver's license but none in Rhode Island. Defendant, Baruti, denies any other allegations contained in Paragraphs 66 and 67 of the plaintiff's complaint.

**TENTH DEFENSE**

The defendant, Baruti, is without sufficient information to admit or deny the allegations of Paragraph 65 and Paragraphs 68 through 73 of the plaintiff's complaint but leaves the plaintiff to his proof thereof.

**ELEVENTH DEFENSE**

The defendant, Baruti, denies the allegations of Paragraph 74 of the plaintiff's complaint to the extent it alleges conduct by him. The defendant, Baruti, is without sufficient information to admit or deny the allegations of Paragraph 74 of the plaintiff's complaint to the extent it alleges conduct by others.

**TWELFTH DEFENSE**

The defendant, Baruti, is without sufficient information to admit or deny the allegations of Paragraphs 75 through 100 of the plaintiff's complaint but leaves the plaintiff to his proof thereof.

**THIRTEENTH DEFENSE**

The defendant, Baruti, neither admits nor denies the allegations of Paragraph 101 because it alleges matters of law to which no response is required.

**FOURTEENTH DEFENSE**

The defendant, Baruti, denies the allegations of Paragraphs 102 through 107 of the plaintiff's complaint.

**COUNT 1**

**FIFTEENTH DEFENSE**

The defendant, Baruti, neither admits nor denies the allegations of Paragraphs 108, 109 and 110 because they allege matters of law to which no response is required.

**SIXTEENTH DEFENSE**

The defendant, Baruti, denies each and every other allegation of Count 1 of the plaintiff's complaint.

**COUNT 2**

**SEVENTEENTH DEFENSE**

The defendant, Baruti, neither admits nor denies the allegations of Paragraph 115 because it alleges matters of law to which no response is required.

**EIGHTEENTH DEFENSE**

The defendant, Baruti, denies each and every other allegation of Count 2 of the plaintiff's complaint.

**COUNT 3**

**NINETEENTH DEFENSE**

The defendant, Baruti, denies each and every allegation of Count 3 of the plaintiff's complaint.

**COUNT 4**

**TWENTIETH DEFENSE**

The defendant, Baruti, denies each and every allegation of Count 4 of the plaintiff's complaint.

**COUNT 5**

**TWENTY-FIRST DEFENSE**

The defendant, Baruti, denies each and every allegation of Count 5 of the plaintiff's complaint.

**COUNT 6**

**TWENTY-SECOND DEFENSE**

The defendant, Baruti, denies each and every allegation of Count 6 of the plaintiff's complaint.

**TWENTY-THIRD DEFENSE**

The defendant, Baruti, denies any remaining allegations of the plaintiff's complaint.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's claims are barred by the applicable statute of limitations.

**SECOND AFFIRMATIVE DEFENSE**

The defendant asserts the defense of qualified immunity.

**THIRD AFFIRMATIVE DEFENSE**

The defendant asserts all forms of statutory and common law immunity.

**FOURTH AFFIRMATIVE DEFENSE**

The defendant asserts the defenses of res judicata and/or collateral estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

The plaintiff's complaint fails to set forth claims upon which relief can be granted against the defendant, Baruti.

**SIXTH AFFIRMATIVE DEFENSE**

The defendant asserts the defense of the Public Duty Doctrine.

**SEVENTH AFFIRMATIVE DEFENSE**

The defendant specifically objects and contests to suit being brought against him in his individual capacity.

DANIEL BARUTI, individually and as a
Police Officer for the Town of Hopkinton,
By his attorney,

/s/ Mark T. Reynolds

Mark T. Reynolds, Esquire (#4764)
Reynolds, DeMarco & Boland, Ltd.
146 Westminster Street, Suite 400
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861
mtreynolds@conversent.net

THE DEFENDANT, DANIEL BARUTI, HEREBY DEMANDS A TRIAL BY JURY.

/s/ Mark T. Reynolds

CERTIFICATION

I hereby certify that on this 7th day of March, 2008, I caused to be served a copy of the within via electronic mail to the following counsel of record:

John Gyorgy, Esquire
JPGyorgy@LawNoel.com

Marc DeSisto, Esquire
Marc@desistolaw.com

John R. Harrington, Esquire
JRHarrington@LawNoel.com

/s/ Mark T. Reynolds