UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI<br>Plaintiff<br><br>v.<br><br>JOHN SCUNCIO, Individually and as Chief of Police for the Town of Hopkinton; CHRISTOPHER LYMAN, individually and as a police officer for the Town of Hopkinton; DANIEL BARUTI, individually and as a police officer for the Town of Hopkinton; WILLIAM DILIBERIO, individually And in his capacity as Town Manager for the Town Of Hopking; JAMES LATHROP, in his capacity As Finance Director for the Town of Hopkinton; John Does 1 through 10; Jane Does 1 through 10<br>Defendants | : | C.A. No.: 08-54S-LDA |

**ENTRY OF APPEARANCE AND WITHDRAWAL OF APPEARANCE**

William E. O'Gara, Esq. hereby enters his appearance on behalf of Defendant, John Scuncio, individually and as Chief of Police for the Town of Hopkinton. Marc DeSisto hereby withdraws his appearance on behalf of Defendant, John Scuncio, individually and as Chief of Police for the Town of Hopkinton.

Respectfully submitted

By his attorneys

JOHN SCUNCIO

/s/ Marc DeSisto
Marc DeSisto (#2757)
DeSisto Law
211 Angell Street
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

/s/ William E. O'Gara
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
Tel.: (401) 824-5100
Fax: (401) 824-5123
wogara@pldlaw.com

**CERTIFICATION**

The undersigned hereby certifies that the within was filed electronically via ECF with the Court and that a notice was sent electronically to:

| | |
|---|---|
| Melody A. Alger, Esq. | melody.alger@bgmalaw.com |
| John P. Gyorgy, Esq. | jpgyorgy@lawnoel.com |
| John R. Harrington, Esq. | jrharrington@lawnoel.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| David Maglio, Esq. | dmaglio@magliolaw.com |

on this 24th day of April, 2008.

/s/ William E. O'Gara

Doc #9746