**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF RHODE ISLAND**

**CHARLES MAUTI,**

**Plaintiff**

**v.** **C.A. No. 08-54S-LDA**

**JOHN SCUNCIO, Individually and as Chief of Police for the Town of Hopkinton; CHRISTOPHER LYMAN, Individually and as a Police Officer for the Town of Hopkinton; Michael Gilman, Individually and as a Police Officer for the Town of Hopkinton; DANIEL BARUTI, Individually and as a Police Officer for the Town of Hopkinton; WILLIAM DILIBERO, Individually and in his capacity as Town Manager for the Town of Hopkinton; JAMES LATHROP, in his capacity as Finance Director for the Town of Hopkinton; JOHN DOES 1 through 10; JANE DOES 1 through 10,**

**Defendants**

## RULE 26(F) JOINT REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for the parties submit this Joint Report and proposed discovery schedule.

Counsel have met and discussed the general scope of discovery. The Plaintiff will make his initial disclosures prior to the Rule 16 conference scheduled for May 5, 2008. Defense counsel will address the timing of their initial disclosures at the conference.

## Discovery Plan

Pursuant to Rule 26(f)(3), the parties propose the following schedule for discovery and other pretrial matters:

Adding parties in place of "Doe" defendants: October 15, 2008

Deadline for service of fact discovery and deposition notices[1]: January 15, 2009

Disclosure of expert reports if any: January 30, 2009

Disclosure of rebuttal expert reports if any: February 16, 2009

Expert witness depositions: February 27, 2009

Dispositive motions: March 9, 2009.

The parties do not currently expect to request any changes in the timing or other limitations on discovery imposed by the Federal Rules or the Court's Local Rules.

Rule 26(f)(3)(C): Electronically stored information. Plaintiff's counsel indicated at the conference that the nature of certain records made it necessary that they be produced in electronic form. Examples include electronically-stored information that may be displayed in different formats (some containing more information than others), where the electronic record is necessary to determine when and by whom such documents were created or revised, or (as with e-mail and word-processing records), the electronic record commonly contains information that does not appear in the printed form of the record. Such requests are subject to the limitations imposed by Rule 26(b)(2)(B).

**Settlement**

Counsel agreed at the conference to ask the Court to refer the case to a Magistrate-Judge for a settlement conference. The parties anticipate that settlement discussions will continue as discovery progresses. Plaintiff has provided medical records as part of his initial disclosures, and defense counsel have indicated they will provide copies of any applicable insurance policies.

[1] Not including requests for admissions.

Respectfully submitted,

Charles Mauti,
By his Attorneys

/s/John R. Harrington
John R. Harrington
John P. Gyorgy
Noel & Gyorgy LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JRHarrington@lawnoel.com
JPGyorgy@LawNoel.com

John S. Scuncio
By his Attorneys

/s/William O'Gara
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, St 301
Providence RI 02903
(401) 824 5100
(401) 824 5123 (Fax)
wogara@pld-law.com

William Dilibero
By his Attorneys

/s/Melody Alger
Baluch Gianfrancesco Mathieu & Alger
155 South Main Street
Providence RI 02903
(401) 331-1434
(401) 351-9653 (Fax)
melody.alger@bgmalaw.com

Daniel Baruti, Michael Gilman,
Christopher Lyman, James Lathrop,
By their Attorneys

/s/Mark Reynolds
Reynolds DeMarco & Boland Ltd
146 Westminster Street
Providence RI 02903
(401) 861-5522
(401) 331-4861 (Fax)

mtreynolds@conversent.net