UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 08-54/S |
| | : | |
| JOHN SCUNCIO, individually and as Chief of Police for the Town of Hopkington; CHRISTOPHER LYMAN, individually and as a police officer for the Town of Hopkinton; MICHAEL GILMAN, individually and as a police officer of the Town of Hopkinton; DANIEL BARUTI, individually and as police officer of the Town of Hopkinton; WILLIAM DILIBERO, individually and in his capacity as Town Manager for the Town of Hopkinton; JAMES LATHROP, in his capacity as Finance Director for the Town of Hopkinton; John Does 1 through 10; Jane Does 1 through 10 | : | |

**ENTRY OF APPEARANCE**

I, David E. Maglio, hereby enter my appearance as counsel for defendant John Scuncio, Individually in the above-entitled matter.

JOHN SCUNCIO, Individually

By his Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq. (RI Reg No. 3459)
David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 FAX
dmaglio@magliolaw.com

## CERTIFICATION

To:

John P. Gyorgy, Esq.
John R. Harrington, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Mark T. Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Melody A. Alger, Atty.
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street
Providence, RI 02903

I hereby certify that on the 2nd day of May, 2008, I caused a true copy of the *Entry of Appearance* to be electronically served, via CM/ECF, on the above-referenced attorneys.

/s/ David E. Maglio, Esq.

h:\clients\met\mauti\pleadings\entry appearance