UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. No.: 08-54S |
| | : | |
| TOWN OF HOPKINTON, ET AL | : | |

**DEFENDANTS' INITIAL DISCLOSURE PURSUANT TO F.R.C.P. 26(A)(1)**

1. In addition to the parties to this litigation, those persons likely to have discoverable information are identified in the investigative reports and documentation identified below.

2. a) See those documents produced on or about April 30, 2007 by the Hopkinton Police Department in response to a subpoena in the matter of *Charles Mauti v. The Sun Publishing Company d/b/a The Westerly Sun, et al* pending in the Rhode Island Superior Court for Washington County, C.A. No. WC05-0587.

b) Award of Arbitrator and decision dated June 16, 2008 on grievance of plaintiff concerning discipline, attached.

c) Transcripts of arbitration hearings on January 3, 2008 and February 27, 2008 on grievance of plaintiff concerning discipline, attached.

d) Brief of the Union in arbitration of plaintiff's grievance concerning discipline, attached.

e) Brief of the Town in arbitration of plaintiff's grievance concerning discipline, attached.

f) Correspondence and emails relating to employee discipline and termination of employment, attached.

3. See Insurance Certificate for Liability/Property issued by the Rhode Island Interlocal Risk Management Trust to the Town of Hopkinton for the term July 1, 2004 – June 30, 2005 and liability insurance policy, attached hereto.

JOHN SCUNCIO,
By his attorney,

William E. O'Gara, Esquire (#4257)
Pannone, Lopes & Devereaux, LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100
Fax: (401) 824-5123
WOGara@pld-law.com

And:

David E. Maglio, Esquire (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

CHRISTOPHER LYMAN, MICHAEL GILMAN, DANIEL BARUTI AND JAMES LATHROP, FINANCE DIRECTOR FOR THE TOWN OF HOPKINTON,
By their attorney,

Mark T. Reynolds, Esquire (#4764)
Reynolds, DeMarco & Boland, Ltd.
146 Westminster Street, Suite 400
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861
mtreynolds@conversent.net

WILLIAM DILIBERO, TOWN MANAGER FOR THE TOWN OF HOPKINTON,
By his attorney,

Melody A. Alger, Esquire (#4585)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434
Fax: (401) 351-9653
malger@bgmalaw.com

CERTIFICATION

I hereby certify that on the 26th day of June, 2008, I mailed a copy of the within to John P. Gyorgy, Esquire, Noel & Gyorgy, LLP, 50 South Main Street, Providence, RI 02903.

Renee M DeBarros