UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES S. MAUTI :
:
v. : C.A. No. 08-054S
:
JOHN J. SCUNCIO, et al. :

## SCHEDULING ORDER

On July 31, 2009, the parties submitted a joint status report regarding their attempts to resolve the discovery disputes raised in Plaintiff's pending Motion to Compel. (Document No. 66). Defendants' initial responses to the Motion were that Plaintiff prematurely filed the Motion without conferring on the matters in dispute. (See Document Nos. 74 and 78). Thus, the Court, by Order dated May 21, 2009 (Document No. 81), required the parties to meet and confer in good faith in an effort to resolve their discovery disputes. The parties filed two joint status reports (Document Nos. 86 and 92) which suggested that at least some progress was being made. Unfortunately, despite ample opportunity to confer, the parties ultimately made almost no progress in resolving their disputes. The third report (Document No. 108) requests a hearing on Plaintiff's Motion to Compel because thirty-eight issues remain in dispute with only three reportedly resolved fully and three resolved partially.

A hearing will be scheduled. In preparation for the hearing, Plaintiff shall, by August 17, 2009, file a Supplemental Memorandum which updates his filing on the matters in dispute. Defendants shall, by August 24, 2009, file Supplemental Memoranda which substantively addresses the issues raised by Plaintiff's filings.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 7, 2009