UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES S. MAUTI          :
                          :
     v.                   :    C.A. No. 08-054S
                          :
JOHN J. SCUNCIO, et al.   :

**STATUS REPORT ORDER**

On September 10, 2009, a hearing was held on Plaintiff's pending Motion to Compel Production of Documents. Shortly after that hearing, Defendants' counsel faxed a letter to me which states, in part, that, "in light of the issues raised at the hearing, including the comments of the Court, the defendants are arranging to have the hard drives from [certain identified] computers imaged by their expert" and that Defendants' counsel "will ask plaintiff's counsel for a proposed list of terms to be included in the search of these images." (Document No. 121-2). On October 9, 2009, Plaintiff filed a Supplemental Memorandum (Document No. 121) in reaction to the letter and in further support of his pending Motion to Compel which I have also reviewed.

In order to ascertain the outcome of the efforts reported by Defendants' counsel in his letter and the impact of such efforts on Plaintiff's pending Motion to Compel, Defendants shall, by November 23, 2009, file a Discovery Status Report with the Court. The Status Report shall detail Defendants' efforts to search their computer equipment for documents/electronically stored information responsive to Plaintiff's discovery requests and shall identify the documents/

electronically stored information produced to Plaintiff as a result of such efforts. Plaintiff may file his own Discovery Status Report by November 30, 2009.


SO ORDERED


  /s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
November 13, 2009