## Appendix A

Search for files containing any of the following terms. Names should be searched for first and last name independently. Listed addresses should be searched by street name without number.

Brett Lill

Charles Dippollino / DiPollino / DiPollini / Dipolino / DiPollio

John Toscano

Todd Sposato / Spasato

Timothy / Tim Tefft

Junkyard

conflict of interest

preferential treatment

Laurel Street

Luarel Street

Trailers

Parity Properties

Patricia Pezzullo / Pezullo

Michael / Mike Healey

mhealey@riag.ri.gov

William Ferland

wferland@riag.ri.gov

Alan Goulart

agoulart@riag.ri.gov

Gerard / Jerry Coyne

gcoyne@riag.ri.gov

Craig Montecalvo

cmontecalvo@riag.ri.gov

William / Bill Devine

wdevine@riag.ri.gov

Angela / Angie Algier

aalgier@thewesterlysun.com

Chris Keegan

ckeegan@thewesterlysun.com

Ray Lamont

rlamont@thewesterlysun.com

Ellyn Santiago

esantiago@thewesterlysun.com

Timothy / Tim Ryan

tryan@thewesterlysun.com

thewesterlysun.com

Westerly Sun

thewesterlysun.com/articles/2005/05/24/opinion/

thewesterlysun.com/articles/2005/05/25/opinion/

Matson (Jill and both Johns)

Marilyn Sheldon

Lauren Matarese

captmat

16

| | |
|---|---|
| captmat@westerlypolice.org | jmeiche@risp.state.ri.us |
| lmatarese@westerlypolice.org | Stephen O'Donnell |
| mattsun@netsense.net | sodonnell@risp.state.ri.us |
| bakenms@aol.com | Robert Fitzpatrick |
| vincord1@netscape.com | rfitzpatrick@risp.state.ri.us |
| dbaruti@closingcentral.com | rfitzpatrick@providenceri.com |
| dbaruti@bsbv.com | Karen Pinch |
| cclyman66@yahoo.com | kpinch@risp.state.ri.us |
| Arizona | Lisa Holley |
| Tucson | lholley@risp.state.ri.us |
| 31-10-1 | Gregory / Greg Pezza |
| Diane Leyden | background check |
| Ethics Commission | RILETS |
| Contractors Registration Board | NCIC |
| Robert / Bob Brunelle | Brian Glancy |
| John Killian | Joseph Lamountain |
| jkillian@risp.state.ri.us | Robert / Bob Lamountain |
| Brian Casilli | Brian Neugent |
| bcasilli@risp.state.ri.us | Lyd Neugent |
| John Lamonte | Tyrel / Terry / Teddy Rhodes |
| jlamonte@risp.state.ri.us | Sherri Miller |
| Elwood Johnson | Samuel Shamoon |
| ejohnson@risp.state.ri.us | 99 Spring Street |
| Joseph Meiche | 5 / 7 Mechanic Street |

17

123 Dye Hill Road

19 C or 19 Panciera / Panceira Lane

Elsa Shutzman / Schutzman

Susan Mauti / Nomura / Rogers / Huthoffer

Mona Mauti

William / Bill Nickerson

montera@aol.com

Sheila Beckwith

Daniel Davidson

Nicholas / Nick Kondon

Russell Moore

Gregory / Greg Platt

Carolyn Richard

Elaine Tavarozzi

Benjamin Tickner

Daniel Konuch

Todd White

Kenneth / Ken Young

Susan Weissgerber

susanweissgerber@*

18