**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHARLES MAUTI : | |
| : | |
| VS. : | C.A. No.: 08-54S |
| : | |
| JOHN SCUNCIO, individually and as Chief of : Police for the Town of Hopkinton; CHRISTOPHER : LYMAN, individually and as a police officer for : the Town of Hopkinton; MICHAEL GILMAN, : individually and as a police officer for the Town : of Hopkinton; DANIEL BARUTI, individually : and as a police officer for the Town of Hopkinton; : WILLIAM DILIBERO, individually and in his : capacity as Town Manager for the Town of : Hopkinton; JAMES LATHROP, in his capacity as : Finance Director for the Town of Hopkinton; : John Does 1 through 10; Jane Does 1 through 10 : | |

## WITHDRAWAL OF APPEARANCE

John R. Harrington, of the law firm of Noel & Gyorgy, LLP, hereby withdraws his appearance as counsel of record for Plaintiff, Charles Mauti.

Respectfully submitted,

/s/  John R. Harrington
John R. Harrington 7173
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JRHarrington@LawNoel.com

## **CERTIFICATION**

      I hereby certify that on May 19, 2010, I sent a copy of the foregoing document to the following counsel of record, via the Court's ECF system:

| | |
|---|---|
| William O'Gara<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way, St 301<br>Providence RI 02903<br>wogara@pld-law.com | Mark Reynolds<br>Reynolds DeMarco & Boland Ltd<br>146 Westminster Street<br>Providence RI 02903<br>mtreynolds@conversent.net |
| Melody Alger<br>Alger Parker LLP<br>95 Chestnut Street, Suite 401<br>Providence, RI 02903<br>malger@algerparker.com | Joseph V. Cavanagh, Jr.<br>Mary Cavanagh Dunn<br>BLISH & CAVANAGH, LLP<br>30 Exchange Terrace<br>Providence, RI 02903<br>Telephone: 401-831-8900<br>Facsimile: 401-751-7542<br>jvc@blishcavlaw.com<br>mcd@blishcavlaw.com |

    /s/  John R. Harrington