```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF RHODE ISLAND
```

_____
                                    )
CHARLES MAUTI,                      )
                                    )
              Plaintiff,       )
                                    )
  v.                                )   C.A. No. 08-54
                                    )
JOHN J. SCUNCIO, et al.,            )
                                    )
             Defendants.      )
                                    )
_____)

**ORDER**

On July 23, 2010, after the parties failed to take advantage of numerous opportunities to work out their discovery disputes, Magistrate Judge Lincoln D. Almond issued a Memorandum and Order (Document No. 132) granting in part Plaintiff's Motion to Compel Production of Documents (Document No. 66). Defendant appeals, contending that the Order imposes an unduly burdensome discovery obligation. (Document No. 133.) Plaintiff also appeals, arguing, among other things, that the Order failed to resolve remaining discovery disputes between the parties. (Document Nos. 134, 139.)

Having reviewed Judge Almond's Memorandum and Order, this Court concludes that it is not clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b). Both

appeals are therefore DENIED. The parties shall direct all remaining and future unresolved discovery disputes to Judge Almond.

ENTER:

*/s/ William E. Smith*
United States District Judge
Date: November 29, 2010